# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00221-CV

**Robert Scott, Commissioner of Education, Acting in his Official Capacity, Appellant**

**v.**

**Driscoll Independent School District, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-07-003765, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Robert Scott, acting in his official capacity as Commissioner of Education, has informed this Court that he no longer wishes to pursue this appeal and has filed an unopposed motion to dismiss. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed: June 12, 2008